NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DIEUJUSTE SIMON,                      )
                                      )
            Appellant,                )
                                      )
v.                                    )     Case No. 2D20-901
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Charles E. Roberts,
Judge.

Dieujuste Simon, pro se.


PER CURIAM.

            Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); State v.

Larzelere, 979 So. 2d 195 (Fla. 2008); McDonald v. State, 957 So. 2d 605 (Fla. 2007);

Knight v. State, 808 So. 2d 210 (Fla. 2002); Steward v. State, 931 So. 2d 133 (Fla. 2d

DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); State v. Reid, 886

So. 2d 265 (Fla. 5th DCA 2004); Lopez v. State, 833 So. 2d 283 (Fla. 5th DCA 2002).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.